Erin Rose Ronstadt, SBN 028362
Kevin Koelbel, SBN 016599
OBER & PEKAS, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, Arizona 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
kevin@oberpekas.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristofer Young, a single man,<br><br>Plaintiff,<br><br>v.<br><br>Banner Health Master Health and Welfare Benefits Plan, an ERISA benefit plan; Life Insurance Company of North America, a plan fiduciary; Health and Welfare Plan Committee, a plan administrator; and Banner Health, a plan fiduciary,<br><br>Defendants. | No. CV-17-00258-PHX-GMS<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal With Prejudice within 30 days.

Dated this 17th day of August, 2017.

OBER & PEKAS, PLLC                     LEWIS ROCA ROTHGERBER CHRISTIE LLP
By: *s/Erin Rose Ronstadt*             By: *s/ Kristina N. Holmstrom*
   Erin Rose Ronstadt                     Kristin N. Holmstrom
   Kevin Koelbel                          *Attorney for Life Insurance Company of North America*
   *Attorneys for Plaintiff*

COPPERSMITH BROCKLEMAN PLC
By: *s/ Scott M. Bennett*
   Scott M. Bennett
   Katherine L. DeStefano
   *Attorneys for Banner Defendants*

**CERTIFICATE OF SERVICE**

     I certify that on August 17, 2017 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina N. Holmstrom
Jennifer Soo Jung Lee-Cota
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004-2595
kholmstrom@lrrc.com
jlee-cota@lrrc.com
*Attorneys for LINA*

Scott Bennett
Coppersmith Brockelman PLC
2800 N. Central Avenue, Suite 1200
Phoenix, AZ 85004
sbennett@cblawyers.com
*Attorney for the Plan, the Committee, and Banner*

*s/ Ashley Porter*