# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristofer Young,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Banner Health Master Health and Welfare Benefits Plan, et al.,<br><br>　　　　Defendants. | No. CV-17-00258-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 53).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **September 18, 2017** without further leave of Court.

Dated this 18th day of August, 2017.

Honorable G. Murray Snow
United States District Judge